Ronald BLEWETT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45918.

Missouri Court of Appeals,
Western District.

July 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robin H. Grissom, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from the dismissal of Ronald Blewett's Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).